1  YOUR NAME **SAMPLE** Pamela Stickler
   YOUR ADDRESS **SAMPLE** General Delivery San Diego, CA,
2  YOUR TELEPHONE NUMBER **SAMPLE** 619 281-8944                                    92138

**FILED**

OCT 05 2012

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

**SAMPLE**

Pamela Stickler

           -v-

**SAMPLE**
Royal family of Monaco

12CV2423 AJB WMC

Case No. _____
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

**SAMPLE**

Plaintiff alleges: On Previous page **SAMPLE**

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

a person has been arresting me without Miranda rights, when no there is no crime. The Royal family of Monaco may be part of that, requesting restraining order temporarily until the sheriff serves Los Colinas jail to find out who arresting. At Lee Fugua's parents house there is a trailor and John Thompson took me to a trailor and it coued be there plan to refuse to let me live at Robert Light's apt., from the time I met Lee Fugua.